IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BILL E FERGUSON,

    Appellant,

v.

COMPASS BANK,

    Appellee.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1871

_____/

Opinion filed February 6, 2017.

An appeal from the Circuit Court for Okaloosa County.
John T. Brown, Judge.

Kelley A. Bosecker, St. Petersburg, for Appellant.

Wayne E. Klinkbeil and Tompkins A. Foster, Orlando, for Appellee.

PER CURIAM.

    AFFIRMED.

WOLF, LEWIS, and WETHERELL, JJ., CONCUR.